# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH APPLE ID ACCOUNTS:<br>(1) carsonfugie@hotmail.com<br>(2) drogo1498@icloud.com<br>(3) usalawu@yahoo.com<br>(4) uasalawu@icloud.com<br>(5) asha.halverson@gmail.com<br>(6) peter_mensah100@outlook.com<br>(7) boyofash100@outlook.com<br>THAT ARE STORED AT PREMISES CONTROLLED BY APPLE, INC. | Case No. 20-sw-1256-MEH<br><br>**Filed Under Restriction** |

## ORDER TO RESTRICT CASE, FOR NON-DISCLOSURE AND ORDER TO KEEP ACCOUNT ACTIVE

Upon the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

1) restriction of the case and documents to Level 3 is appropriate for good cause shown under D.C.Colo.LCrR 47.1 such that the case, including any applications or attached documents in the above-captioned matter, as well as the Government's Motion to Restrict and this Order, are restricted at Level 3 until further order of the Court; and

2) pursuant to Title 18, United States Code, Sections 2703(b)(1)(A) and 2705(b), the Provider to whom this Order is directed shall not, for the period of one year from the date of this Order, disclose the existence of the above-captioned matter, nor of this Order, to the listed subscriber, customers, or to any other person, other than its personnel essential for compliance with the Court's Order or for the purpose of receiving legal advice; and

3) the Provider to whom this Order is directed shall not, for the period of one year from the date of this Order, shut down the account or otherwise take any adverse action against the account because of its receipt of this Order or any related court process.

DATED this __21st__ day of __October__, 20__20__

BY THE COURT:

_Michael E. Hegarty_
HON. MICHAEL E. HEGARTY
MAGISTRATE JUDGE
DISTRICT OF COLORADO