AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

In the Matter of the Search of:

INFORMATION ASSOCIATED WITH APPLE ID ACCOUNTS:   )
    (1) carsonfugie@hotmail.com   )   Case No. 20-sw-1256-MEH
    (2) drogo1498@icloud.com   )
    (3) usalawu@yahoo.com   )
    (4) uasalawu@icloud.com   )
    (5) asha.halverson@gmail.com   )
    (6) peter_mensah100@outlook.com
    (7) boyofash100@outlook.com
THAT ARE STORED AT PREMISES CONTROLLED BY APPLE, INC.

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

    An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of __Colorado and elsewhere__ *(identify the person or describe the property to be searched and give its location)*:

    **SEE "ATTACHMENT A"** attached hereto and incorporated by reference

    I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

    **SEE "ATTACHMENT B"** attached hereto and incorporated by reference

    I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

    **YOU ARE COMMANDED** to execute this warrant on or before _____November 4, 2020_____ *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.    ☒ at any time in the day or night because good cause has been established.

    Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

    The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Michael E. Hegarty_____.
                                             *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*.    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __10/21/2020, 4:23 pm__

                                              *Michael E. Hegarty*
                                                *Judge's signature*

City and state: __Denver, CO__                            Michael E. Hegarty, U.S. Magistrate Judge
                                                   *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>20:sw:01256-MEH | Date and time warrant executed:<br>10/22/2020   1:16pm | Copy of warrant and inventory left with:<br>Apple, Inc |

Inventory made in the presence of :
SA John P. McGrath

Inventory of the property taken and name of any person(s) seized:

One DVD disc containing in-scope items provided by
Apple Inc for the following accounts:

asha.halverson@gmail.com
boyofast100@outlook.com
peter_mensah100@outlook.com
drogo1498@icloud.com
usalawu@yahoo.com
uasalawu@icloud.com

dated 1/15/2021.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
1/15/2021
**JEFFREY P. COLWELL, CLERK**

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: 1/15/2021

_Executing officer's signature_

John McGrath, FBI SA
_Printed name and title_