**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH APPLE ID ACCOUNTS:<br>(1)    carsonfugie@hotmail.com<br>(2)    drogo1498@icloud.com<br>(3)    usalawu@yahoo.com<br>(4)    uasalawu@icloud.com<br>(5)    asha.halverson@gmail.com<br>(6)    peter_mensah100@outlook.com<br>(7)    boyofash100@outlook.com<br>THAT ARE STORED AT PREMISES CONTROLLED BY APPLE, INC. | Case No. 20-sw-01256-MEH<br><br>**Filed Under Restriction** |

**MOTION FOR ORDER TO EXTEND NON-DISCLOSURE DATE**

The United States of America, by and through Tim R. Neff, Assistant United States Attorney, moves the Court to enter an Order that extends for a period of one year its previous order that Apple, Inc. ("Provider") not notify the listed subscribers, customers, or any other person of the existence of the previously-issued Search and Seizure Warrant ("Application and Court Order"), except as necessary to comply with the Court's Order or to obtain legal advice, until further order of the Court. 18 U.S.C. § 2705(b).

1. On October 21, 2020, this Court entered an Order in the above-captioned case, which *inter alia,* required Apple, Inc. to disclose records and information associated with the listed Apple ID accounts and ordered the Provider not to disclose the Order for a period of one year. The government now seeks an additional one-year extension of that non-disclosure order on the grounds that the facts stated in support of the original motion still exist.

2. The investigation to date has shown that targets of the investigation have utilized aliases, alias communication accounts and other means of false identification to conceal their true identities and criminal activities. On October 5, 2021, undersigned government counsel communicated with the FBI case agent handling the investigation and learned that the FBI was currently in the process of preparing search warrants for premises and arrest warrants for individuals. It is anticipated that the FBI will present such warrants to a court for approval within the next several months. In the meantime, law enforcement continues to actively investigate and obtain evidence connected with the targets. Maintaining the secrecy of the investigation is important to ensure targets do not flee or attempt to destroy evidence. The Application and Order relates to an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.

3. As part of the investigation during the last year, FBI agents have continued to collect multiple items of evidence related to the fraud scheme. The FBI's collection of evidence, to the extent possible, has occurred using search warrants and multiple grand jury subpoenas all of which the Government has sought to keep covert. Several of the targets involved in the investigation who have been identified are Nigerian citizens and/or have close ties to Nigeria. In addition, the targets continue to use alias bank accounts, email accounts, and telephone numbers to engage in ongoing fraud schemes. Disclosure will will cause the targets to flee from prosecution, result in the destruction or tampered evidence and change the targets' pattern of behavior. Accordingly, it remains necessary to maintain the secrecy of the investigation.

4. For the reasons stated above and pursuant to the Court's authority under Title 18, United States Code, Sections 2703(b)(1)(A) and 2705(b), the United States respectfully requests

that this Court extend for a period of one year its previous Order directing the Provider not to disclose the existence or content of the any of the documents in the above-named matter except to personnel essential to compliance with the execution of the Court's Order or to obtain legal advice.

5. Additionally, because this case remains under restriction for the reasons stated above, the United States requests that this Motion and the Court's Order be restricted at Level 3 until further order of the Court. The Government further requests that the Order allow the Government to produce the Search Warrant, the Application, the Affidavit in Support of Search Warrant and associated documents pursuant to its discovery obligations and/or to disseminate said documents to law enforcement partners without further order of the Court.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

*s/Tim Neff*
By: Tim Neff
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: tim.neff@usdoj.gov
Attorney for the Government