## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH APPLE ID ACCOUNTS:<br>(1) carsonfugie@hotmail.com<br>(2) drogo1498@icloud.com<br>(3) usalawu@yahoo.com<br>(4) uasalawu@icloud.com<br>(5) asha.halverson@gmail.com<br>(6) peter_mensah100@outlook.com<br>(7) boyofash100@outlook.com<br>THAT ARE STORED AT PREMISES CONTROLLED BY APPLE, INC. | Case No.  20-sw-01256-MEH<br><br>**Filed Under Restriction** |

## ORDER EXTENDING NON-DISCLOSURE DATE

Upon the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

1) continued restriction of the case and documents to Level 3 is appropriate for good cause shown under D.C.Colo.LCrR 47.1 such that the case, including any applications or attached documents in the above-captioned matter, as well as any related documents, are to remain restricted at Level 3 until further order of the Court, except that the Government may produce these documents pursuant to its discovery obligations and/or disseminate said documents to law enforcement partners without further order of the Court; and

2) pursuant to Title 18, United States Code, Sections 2703(b)(1)(A) and 2705(b), the Provider to whom this Order is directed (Apple, Inc.) shall not, for the additional period of one year from the date of this Order, disclose the existence of the above-captioned matter involving records and information associated with the listed Apple ID accounts, nor of this Order, to the listed subscriber, customers, or to any other person, other than its personnel essential for compliance with the Court's Order or for the purpose of receiving legal advice.

1

DATED this ___8th___ day of ___October___, 2021.

BY THE COURT:

MICHAEL E. HEGARTY
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO